**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ronald H. Patron,, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Bobbie J. Patron** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION | | |
| Case number (if known) | 19-12117 | | |

☐ Check if this is an amended filing

Official Form 106H
## Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **SEC Wholesale, LLC**<br>**413 Marina Oaks**<br>**Mandeville, LA 70471** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Blue Vine** |
| 3.2 | **SEC Wholesale, LLC**<br>**413 Marina Oaks**<br>**Mandeville, LA 70471** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.3**__<br>☐ Schedule G _____<br>**Blue Williams, LLP** |
| 3.3 | **SEC Wholesale, LLC**<br>**413 Marina Oaks**<br>**Mandeville, LA 70471** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Capital One Bank** |

Debtor 1 **Patron,, Ronald H. Jr. & Patron, Bobbie J.**      Case number *(if known)* **19-12117**

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.4 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.5__ <br> ☐ Schedule G _____ <br> **Capital One Spark Business** |
| 3.5 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ■ Schedule D, line __2.3__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Hancock Whitney Bank** |
| 3.6 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ■ Schedule D, line __2.4__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Hancock Whitney Bank** |
| 3.7 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.6__ <br> ☐ Schedule G _____ <br> **Kentwood Water** |
| 3.8 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.7__ <br> ☐ Schedule G _____ <br> **National Funding** |
| 3.9 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.8__ <br> ☐ Schedule G _____ <br> **On Deck** |
| 3.10 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **Penske** |
| 3.11 | **SEC Wholesale, LLC** <br> **413 Marina Oaks** <br> **Mandeville, LA 70471** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.10__ <br> ☐ Schedule G _____ <br> **Regions Bank** |

| Debtor 1 | **Patron,, Ronald H. Jr. & Patron, Bobbie J.** | Case number *(if known)* | **19-12117** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.12 **SEC Wholesale, LLC**<br>**413 Marina Oaks**<br>**Mandeville, LA 70471** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.11**<br>☐ Schedule G _____<br>**USAA** |