UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RONALD H. PATRON, JR. | ) CHAPTER 7 |
| BOBBIE J. PATRON | ) |
| | ) |
| | ) CASE NO.: 19-12117 |
| Debtor(s) | ) |
| | ) |

## STATEMENT OF POST-PETITION PAYMENT HISTORY

| Payment by: Trustee or Debtor | Date Received | Amount Received | Application: Arrears or Monthly |
|---|---|---|---|
| | | NO POST-PETITION PAYMENTS RECEIVED | |

## VERIFICATION

I, **Robert Fehse** do hereby verify that I have reviewed the account record with TD Auto Finance, LLC relating to the account of Ronald H. Patron, Jr. and Bobbie J. Patron, and find the allegations set forth in the above motion to be true and correct to the best of my knowledge information and belief.

Memphis, Tennessee 20 day of Aug, 2019.

_____

**SWORN TO AND SUBSCRIBED BEFORE ME** this 20th day of Aug, 2019 in Memphis, Shelby County, Tennessee.

_____
NOTARY PUBLIC

My Commission Expires: _____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion for Relief from Stay has been served upon Debtor(s), Ronald H. Patron, Jr. and Bobbie J. Patron, 413 Marina Oaks, Mandeville, LA 70471; Debtors' Attorney, Leo M. Prange, III, 917 North Causeway Blvd., Metairie, LA 70001; Trustee, Barbara Rivera-Fulton, P.O. Box 19980, New Orleans, LA 70179; and Office of the U. S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130 by placing a copy of same in the United States mail postage prepaid.

Alexandria, Louisiana this _____ day of _____, 2019.

_____
OF COUNSEL

**LAW 553-LA-eps-14 2/15**

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL#: 120369
STK#: 6574
CUST#: 22356
FORM#: 40343

158334.  Dealer Number _____  Contract Number _____

| Buyer Name and Address (Including Parish and Zip Code) | Co-Buyer Name and Address (Including Parish and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| RONALD H PATRON JR<br>413 MARINE OAKS<br>MANDEVILLE, LA 70471<br>COUNTY: SAINT TAMMANY | | ACADIANA DODGE CHRYSLER JEEP RAM<br>1700 SW EVANGELINE<br>LAFAYETTE, LA 70508 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed plus Prepaid Finance Charges, if any (your Principal Balance), and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at a Base Rate of 5.24 % per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Body Style | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2016 | RAM 1500 | PK | 1C6RR6GT8GS147351 | ☐ Personal, family, or household unless otherwise indicated below<br>☐ business<br>☒ agricultural ☐ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 5.24 % | $ 4777.41 | $ 28086.99 | $ 32864.40 | $ 32864.40 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 456.45 | Monthly beginning 11/25/2017 |
| N/A | N/A | N/A |
| Or As Follows: | N/A | |

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**Returned Payment Charge:** If any check you give us or electronic payment you make is returned unpaid, you will pay us a charge of 5% of the amount of the check or electronic payment or $15, whichever is less.

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 10.00 or 5 % of the part of the payment that is late, whichever is greater.
**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

☒ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within N/A days after it is due, you will pay a late charge of $ N/A or N/A % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Initials _____ Co-Buyer Initials _____

10/11/2017  03:24 pm
LAW 553-LA-eps-14 2/15 v1  Page 1 of 4

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including $ 1569.75 sales tax) ............................. $ 27,169.75 (1)
2. Total Downpayment =
   Trade-In  2013   CHEVROLET   SILVERADO
            (Year)    (Make)      (Model)
   Gross Trade-In Allowance ........................... $ 9500.00
   Less Pay Off Made By Seller ........................ $ 9961.74
   Equals Net Trade In ................................. $ -461.74
   + Cash .............................................. $ N/A
   + Other ............................................. $ N/A
   (If total downpayment is negative, enter "0" and see 4J below)  $ 0.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ............................ $ 27,169.75 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
      Life ............................................. $ N/A
      Disability ....................................... $ N/A   $ N/A
   B. Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A
   C. Official Fees Paid to Government Agencies ........................... $ N/A
   D. Optional Gap Contract ............................................... $ N/A
   E. Government Taxes Not Included in Cash Price ......................... $ N/A
   F. Government License and/or Registration Fees
      LICENSE FEE/RECORDATION FEE/STATE INSPECTION FEE/TEMP TAG ........ $ 146.00
   G. Government Certificate of Title Fees ................................ $ 68.50
   H. Electronic Lien and Title Services Fee Paid to ...................... $ N/A
   I. Government Waste Tire Fees .......................................... $ N/A
   J. Other Charges (Seller must identify who is paid and describe purpose)
      to ALLY FINANCIAL   for Prior Credit or Lease Balance ..... $ 461.74
      to N/A              for N/A ............................... $ N/A
      to ACADIANA DODGE   for DOCUMENTATION FEE ................. $ 200.00
      to N/A              for N/A ............................... $ N/A
      to N/A              for N/A ............................... $ N/A
      to N/A              for N/A ............................... $ N/A
      to N/A              for N/A ............................... $ N/A
      to ACADIANA DODGE   for HANDLING FEE ..................... $ 8.00
      to ACADIANA DODGE   for NOTARY FEE ....................... $ 15.00
      to ACADIANA DODGE   for CONVENIENCE FEE .................. $ 18.00
   Total Other Charges and Amounts Paid to Others on Your Behalf ........... $ 917.24 (4)
5. Prepaid Finance Charge ................................................. $ N/A (5)
6. Amount Financed (3 + 4 − 5) ............................................ $ 28,086.99 (6)

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 6, is paid in full on or before _N/A_, Year _N/A_. SELLER'S INITIALS ____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _N/A_ Mos.   _N/A_ Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X ____

Any insurance referred to in this contract does not include coverage for personal liability and property damage caused to others. This insurance will not provide the coverage required by Louisiana law (see Chapter 5 of Title 32 of the Louisiana Revised Statutes of 1950, La.R.S. §32:851 et seq.). Louisiana law requires all motorists to be covered by an automobile liability policy with legally prescribed liability limits. Failure to obtain insurance that meets those limits will subject you to penalties, which may include the suspension or revocation of driving privileges.

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell such insurance in Louisiana. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the Insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life:   ☐ Buyer  ☐ Co-Buyer  ☐ Both
Term _N/A_ months  Premium: $ _N/A_

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
Term _N/A_ months  Premium: $ _N/A_

Insurance Company Name & Home Office Address
N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays all or part of the amount you owe under this contract if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability pays all or part of the payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. See the policies or certificates from the named insurance companies for the details of the coverage these types of insurance provide, and for other terms and conditions.

### Other Optional Insurance

☐ N/A — N/A
Type of Insurance    Term
Coverage (Describe): N/A
Premium $ N/A
Insurance Company Name & Home Office Address
N/A
N/A

☐ N/A — N/A
Type of Insurance    Term
Coverage (Describe): N/A
Premium $ N/A
Insurance Company Name & Home Office Address
N/A
N/A

☐ N/A — N/A
Type of Insurance    Term
Coverage (Describe): N/A
Premium $ N/A
Insurance Company Name & Home Office Address
N/A
N/A

☐ N/A — N/A
Type of Insurance    Term
Coverage (Describe): N/A
Premium $ N/A
Insurance Company Name & Home Office Address
N/A
N/A

☐ N/A — N/A
Type of Insurance    Term
Coverage (Describe): N/A
Premium $ N/A
Insurance Company Name & Home Office Address
N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____   ____
Buyer Signature                   Date

X _____   ____
Co-Buyer Signature                Date

---

Buyer Initials ___   Co-Buyer Initials ___

10/11/2017  03:24 pm
LAW 553-LA-eps-14 2/15 v1  Page 2 of 4

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
    a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. Prepaid Finance Charges will not be refunded if you prepay in full or we ask you to pay all you owe at once under this contract unless the law requires a refund. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.
    b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.
    c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
    d. **You may prepay.** You may prepay all or part of the unpaid part of your Principal Balance at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. You agree that we have the option to impose a prepayment charge of $25 at the time you prepay this contract in full, or if we demand that you pay all you owe under this contract at once.

2. **YOUR OTHER PROMISES TO US**
    a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
    b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
    c. **Security Interest.**
       You give us a security interest in:
       - The vehicle and all parts or goods put on it;
       - All money or goods received (proceeds) for the vehicle;
       - All insurance, maintenance, service, or other contracts we finance for you; and
       - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

       This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
    d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. You agree that the charge will be the premiums for the insurance and a finance charge computed at the Base Rate shown on page 1 of this contract.

    If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
    e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
    a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
    b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
       - You do not pay any payment on time;
       - You give false, incomplete, or misleading information on a credit application;
       - You start a proceeding in bankruptcy or one is started against you or your property; or
       - You break any agreements in this contract.

       The amount you will owe will be the unpaid part of the Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
    c. **You may have to pay attorney's fees and collection costs.** If we hire an attorney to collect what you owe or to enforce this contract, you will pay the attorney's fees. If you purchased the vehicle for personal, family or household purposes, the attorney's fees you owe will not exceed 25% of the total amount payable under this contract. You will also reimburse us for our out-of-pocket collection costs and expenses in collecting what you owe and enforcing our security interest under this contract.
    d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice and wait the time the law requires. If the vehicle is located outside of Louisiana, we may, at our option, take (repossess) the vehicle from you under the law of the state in which the vehicle is located. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
    e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
    f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

       We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay the amount when we ask, we may charge you interest on that amount until you pay at the Base Rate shown on page 1 of this contract.

Buyer Initials _____ Co-Buyer Initials _____

10/11/2017  03:24 pm
LAW 553-LA-eps-14 2/15 v1   Page 3 of 4

g. **Legal proceedings.** If you default, we may choose to institute executory, ordinary, or other legal proceedings to have the vehicle taken from you and sold to satisfy your obligations to us.

To enable us to pursue legal process you:
1. Acknowledge the amount you owe under this contract, **CONFESS JUDGMENT** for the full amount you owe under this contract, and consent to a judgment being rendered and signed in our favor for that amount. The amount you owe under this contract includes the Principal Balance and Finance Charges, attorney's fees, late fees, and collection costs, in addition to any other amounts provided for under this contract or by law. We will not use this confession of judgment for any purpose other than Louisiana executory process.
2. Waive (give up), to the extent permitted by law, appraisal of the vehicle and related rights when the vehicle is sold under executory process or other legal process under Articles 2332, 2336, 2723, and 2724 of the LCCP and any other law that may give you similar rights and benefits.
3. Authorize us to appoint a keeper of the vehicle under La.R.S. §§ 9:5136 through 9:5140.2. et seq., if the vehicle is taken from you through legal proceedings. You authorize us to appoint ourselves or someone else we choose as keeper.

h. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

5. **APPLICABLE LAW**
Federal law and Louisiana law apply to this contract.

---

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

---

**BUYER'S WAIVER OF WARRANTIES – "AS IS" SALE**

Unless we give you a written warranty or enter into a service contract with you within 90 days from the date of this contract, we make no warranties, express or implied, on the vehicle and you waive all such warranties, including any express or implied warranty of fitness for a specific or ordinary purpose, warranty of merchantability, warranty of fitness for the particular purpose of your intended use, and any warranty that the vehicle is free from hidden, latent or redhibitory defects. You also waive any right that you may have to demand that the sale be canceled (rescinded) or seek a reduction of the Cash Price for the vehicle for breach of any implied warranties. If the vehicle is new, you accept the manufacturer's separate written new product warranty as your exclusive warranty with respect to the sale, and you acknowledge that you received a copy of it.

The above waiver of warranties has been read by me and explained to me in a manner that I understand and I knowingly consent to the waivers.

Buyer: X _____   Co-Buyer: X _____

---

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

Do not sign this contract on a Sunday.

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 10/11/2017   Co-Buyer Signs X _____N/A_____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____

Seller signs ACADIANA DODGE CHRYSLER JEEP RAM   Date 10/11/2017   By X _____   Title GM

Seller assigns its interest in this contract, including without limitation, its rights as secured party under this contract, to TD AUTO FINANCE LLC (Assignee), located at PO BOX 997551 SACRAMENTO, CA 95899   (address of Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse

Seller ACADIANA DODGE CHRYSLER JEEP RAM   By _____   Title GM

---



NADAguides Value Report   8/13/2019

# 2016 Ram Truck 1500

## Quad Cab SLT 2WD

### Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $17,325 | $18,925 | $20,250 | $23,025 |
| Mileage (0) | N/A | N/A | N/A | N/A |
| Total Base Price | $17,325 | $18,925 | $20,250 | $23,025 |
| **Options** (change) | | | | |
| **Price + Options** | **$17,325** | **$18,925** | **$20,250** | **$23,025** |
| Certified Pre-Owned (CPO) | | | | +$1,450 |
| **Certified Price with Options** | | | | **$24,475** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

| Popular Ram Truck Mod... | Popular Ram Truck Vehi... | Car Shopping Guides | Cars By Price |
|---|---|---|---|
| Ram Truck 1500 | 2020 Ram Truck 1500 | 10 Most Popular Midsize SUVs an... | Under $15,000 |
| Ram Truck 2500 | 2019 Ram Truck 1500 | Warning Signs You Need New Bra... | $15,000 - $25,000 |

| | | | |
|---|---|---|---|
| Ram Truck 3500 | 2019 Ram Truck 1500 Classic | Most Reliable Crossovers and SU... | $25,000 - $35,000 |
| Ram Truck 1500 Classic | 2019 Ram Truck 2500 | 10 Most Popular Luxury Cars | $35,000 - $45,000 |
| Ram Truck ProMaster Cargo Van | 2019 Ram Truck 3500 | 2019 Vehicle Dependability: Most... | $45,000 - $55,000 |
| Ram Truck ProMaster City Cargo... | 2018 Ram Truck 1500 | How to End Your Lease Early | $55,000 - $65,000 |
| Ram Truck ProMaster City Wagon | 2018 Ram Truck 2500 | 10 Most Popular Large SUVs and... | $65,000 - $75,000 |
| Ram Truck ProMaster Cutaway | 2018 Ram Truck 3500 | 2019 Vehicle Dependability: Most... | Over $75,000 |
| Ram Truck ProMaster Window Van | 2017 Ram Truck 1500 | 10 Most Popular Compact SUVs a... | |
| Ram Truck Cargo Van | 2017 Ram Truck 2500 | 2019 Vehicle Dependability: Most... | |

© 2019 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.

8/8/2019                                ELT Printout



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# TD Auto Finance

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | 378 | **Financed Date** | 10/11/2017 |
| **Loan Number** | 78 | **Perfected Date** | 11/14/2017 |
| **Branch** | 291 | **Payoff Date** | |
| **Borrower 1** | PATRON, RONALD H | **Dealer ID** | 11315 |
| **Borrower 2** | | **Dealer** | ACADIANA DODGE INC |
| **Borrower Address** | 413 MARINA OAKS DR<br>MANDEVILLE, LA 70471 | **Dealer Address** | 1700 SOUTH WEST EVANGELINE THR<br>LAFAYETTE, LA 70508 |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | ESCT |
| **Lienholder** | TD AUTO FINANCE LLC |
| **Lienholder Address** | PO BOX 997551<br>SACRAMENTO, CA 958997551 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1C6RR6GT8GS147351 | **Issuance Date** | 11/13/2017 |
| **Title Number** | | **Received Date** | 11/14/2017 |
| **Title State** | LA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2016 | **Odometer Reading** | |
| **Make** | RAM | **Branding** | |
| **Model** | | | |
| **Owner 1** | RONALD H PATRON JR | | |
| **Owner 2** | | | |
| **Owner Address** | 413 MARINE OAKS<br>MANDEVILLE, LA 70471-0000 | | |

Printed: Thursday, August 08, 2019 5:10:28 AM PST