UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RONALD H. PATRON, JR. | ) CHAPTER 7 SECTION B |
| BOBBIE J. PATRON | ) |
| | ) |
| | ) CASE NO.: 19-12117 |
| Debtor(s) | ) |
| | ) |

### O R D E R

**CONSIDERING** the Motion for Relief from Stay ("Motion") of TD Auto Finance, LLC ("TDAF") **(P-21)**, filed in the above-referenced case scheduled for hearing on September 11, 2019 and the Debtors having filed a response of no opposition (P-27),

**THE COURT HAS BEEN ADVISED AND FINDS THAT:**

1. Notice of the Motion is proper.

2. TDAF is the holder of a secured claim against the Debtor, Ronald H. Patron, Jr. and Bobbie J. Patron, in the amount of **$22,812.61**, plus 11 U.S.C. §506(b) interest, costs and attorney's fees to the extent allowed.

3. TDAF's claim is secured by a valid and effective security interest in the following automobile:

    (1)  **2016 Ram 1500, VIN # 1C6RR6GT8GS147351**.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The automatic stay imposed by 11 U.S.C. §362 is hereby terminated to enable TDAF to foreclose or otherwise exercise its security interest in the above automobile.

2. Should TDAF exercise its rights to repossess and sell or otherwise liquidate the subject vehicle pursuant to this Order or any subsequent Order for Relief from Stay, TDAF shall have the right to file an amended Proof of Claim (within 90 days of) after the sale of the vehicle for any deficiency balance remaining and such balance is to be paid and treated as an

unsecured claim. TDAF maintains this right in the event that this case should convert to a subsequent chapter.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, September 16, 2019.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge