UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
DECEMBER 30, 2019

IN RE

**RONALD H. PATRON, JR.**
**BOBBIE J. PATRON**

DEBTOR(S)

**BANKRUPTCY NO.**
**19-12117**
**SECTION "B"**

CHAPTER 7

This matter was scheduled to come before the Honorable Jerry A. Brown on December 18, 2019 as a hearing on the motion of Suntrust Bank for relief from the stay re: 413 Marina Oaks Drive, Mandeville, LA 70471 **(P-41).**

The property was disclaimed and abandoned by the Chapter 7 Trustee on October 2, 2019 **(P-34)** and the Debtors were discharged on December 17, 2019 **(P-45)**. Accordingly,

**IT IS ORDERED** that the motion for relief from the stay is **DISMISSED AS MOOT.**

New Orleans, Louisiana, December 30, 2019.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE